UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LISA STASHAK,                                                      :
:
                       Plaintiff,                     :        25-CV-3808 (JMF)
:
        -v-                                                        :        <u>ORDER</u>
:
PHREESIA, INC.,                                                    :
:
                       Defendant.                     :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 13, Defendant's earlier motion to dismiss filed at Docket No. 8 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 2, 2025**. Defendant's reply, if any, is due by **September 9, 2025**.

       The Clerk of Court is directed to terminate Docket No. 8.

       SO ORDERED.

Dated: August 19, 2025
       New York, New York
                                                                  JESSE M. FURMAN
                                                              United States District Judge