

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Noah H. Bunzl**
**Counsel**
**212-216-8082**
**nbunzl@tarterkrinsky.com**

March 2, 2026

**<u>Via ECF</u>**

The Honorable Robyn F. Tarnofsky
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 703
New York, NY 10007

 Re: *Lisa Stashak v. Phreesia, Inc.*, No. 25-cv-03808 (RFT)
   <u>Request for Adjournment of Initial Case Management Conference</u>

Your Honor:

 Defendant Phreesia, Inc. ("Defendant") respectfully requests an adjournment of the initial case management conference ("Conference") scheduled for April 3, 2026.  D.E. 28.  Counsel for Defendant will be unavailable on the date of the Conference due to previously scheduled international travel.

 This is Defendant's first request for an adjournment of the Conference.  Defendant is not seeking an adjournment of any other deadlines set forth in the Court's Order.  D.E. 28.

 We have conferred with counsel for Plaintiff, who consents to this request.  All parties are available for the Conference on April 6, 2026, April 8, 2026, April 9, 2026, April 10, 2026, and April 13, 2026.

 We thank the Court for its attention to this matter.

       Respectfully submitted,

       *s/ Noah H. Bunzl*

       Noah H. Bunzl

cc: All Counsel of Record via ECF

Application GRANTED. The Conference is now scheduled for **April 10, 2026** at 10:30 AM. The Clerk of Court is respectfully requested to terminate ECF 29.

SO ORDERED

Dated:  March 3, 2026
   New York, NY

**ROBYN F. TARNOFSKY**
UNITED STATES MAGISTRATE JUDGE