UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA STASHAK,

Plaintiff,

-against-

PHREESIA, INC.,

Defendant.

25-CV-03808 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties have consented to my jurisdiction for all purposes in this action. (*See* ECF 27.) The Court has been advised that the parties have reached a settlement in principle. (*See* ECF 37.) Accordingly, it is ORDERED that the above-captioned action is hereby dismissed and discontinued without costs to any party and without prejudice to the right to reopen this action within 60 days of the date of this Order if the settlement is not executed.

To be clear, any application to reopen this action must be filed within 60 days of this Order; any application to reopen filed thereafter will likely be denied solely on that basis. Requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen. The Court shall retain jurisdiction for the purpose of enforcing a settlement agreement if that settlement agreement is submitted to the Court on the docket in this matter by the deadline to reopen to be “so ordered” by the Court. Unless the Court orders otherwise,

the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to terminate all motions and deadlines and to close this case.

DATED: July 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**